IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ROBERT PINTER,

    PLAINTIFF

    vs

THE CITY OF NEW YORK, etc.,
et al.,

    DEFENDANTS

09 Civ 7841 (CM)(THK)
DECLARATION OF
JAMES I. MEYERSON

---

    James I. Meyerson, being duly admitted to practice in and before the Courts of the State of New York and being duly admitted to practice in and before this Court among others and being duly aware of the penalties for perjury and being duly aware of the sanctions which can be imposed by this Court for the violation of the Rules of the Court, hereby and herein affirms and declares under penalty of law and under the threat of sanction by this Court for the violation of its Rules as follows:

    1. I am the attorney for the Plaintiff.

    2. I execute this Declaration in my capacity as such.

    3. I am fully familiar with all of the proceedings to date and with the litigation record to date.

    4. I have prepared the Consolidated Response to the Defendants' Rule 56.1 Statement of Uncontested Facts and the Counter Rule 56.1 Statement inter-related thereto.

    5. I have prepared the Exhibits attached hereto and the Index of the Exhibits which describes the Exhibits and I attached hereto.

6. Moreover, I have prepared the Plaintiff's Memorandum in Opposition to the Defendants' Summary Judgment Motion.

7. The Opposition is filed in good faith and based on my knowledge of the litigation record and information and belief associated therewith.

8. It is my belief that, for the reasons set forth in the Response to the Rule 56.1 Statement and inter-related Counter Rule 56.1 Statement and in the Plaintiff's Memorandum In Opposition to the Defendants' Motion for Summary Judgment with Respect to the Qualified Immunity Defense, the Defendants' Motion should be denied in all respects and discovery, which has been stayed at this point in time, should be permitted to go forward.

DATED: New York, New York
       January 26, 2010

Respectfully submitted,

/s/James I. Meyerson
JAMES I. MEYERSON
64 Fulton Street @ Suite # 502
New York, New York 10038
[212] 226-3310
[212] 513-1006/FAX
jimeyerson@yahoo.com
ATTORNEY FOR PLAINTIFF
BY:

INDEX

INDEX

EXHIBIT INDEX

PINTER DEPOSITION TESTIMONIES TRANSCRIPT EXCERPTS...   A

UNDERCOVER OFFICER # 31107 11/19/2008 AFFIDAVIT.....   B

UNDERCOVER OFFICER # 31107 10/10/2008 COMPLAINT
FOLLOW-UP INFORMATIONAL.............................   C

NEW YORK CITY POLICE DEPARTMENT OMNIFORM
SYSTEM-ARREST FORM FOR PRINTER ARREST
AND RELATED POLICE DEPARTMENT ARREST RUN
REPORT..............................................   D

OCTOBER 10, 2008 PROSTITUTION SUPPORTING
DEPOSITION EXECUTED BY UNDERCOVER OFFICER # 31107...   E

OCTOBER 11, 2008 PROSTITUTION MISDEMEANOR
COMPLAINT...........................................   F

CERTIFICATE OF DISPOSITION..........................   G


AFFIRMATION AND RESPONSE OF THE NEW YORK
COUNTY DISTRICT ATTORNEY'S OFFICE TO PINTER'S
MOTION TO VACATE PREVIOUSLY ENTERED DISORDERLY
CONDUCT PLEA........................................   H

NOTICE OF MOTION TO VACATE PINTER'S DISORDERLY
CONDUCT PLEA AND CONVICTION AND APRIL 16, 2008
PINTER AFFIDAVIT AND EXHIBITS THERETO...............   I

TRANSCRIPT IN GYSAI v. THE CITY OF NEW YORK;
AND DEFENDANTS' SUPPLEMENTAL RESPONSES TO
PLAINTIFF'S SECOND SET OF INTERROGATORIES...........   J

PLAINTIFF'S ELEVENTH SUPPLEMENTAL RULE 26
VOLUNTARY DISCLOSURES...............................   K